# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DERRICK DALE FONTROY, I., | : No. 11 EAP 2015 |
| Appellant | : |
| | : Appeal from the Memorandum and |
| | : Order of Commonwealth Court dated |
| v. | : February 12, 2015 at No. 453 M.D. |
| | : 2014 |
| JOHN WETZEL, JAMEY LUTHER, | : |
| EDWARD EVENS, DONALD GELMANN, | : |
| BILL MAILMAN, | : |
| Appellees | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2016, the Order of the Commonwealth Court is **AFFIRMED**.